UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: __18-23914__
SUZETTE P. CAMPBELL-AVILES     Chapter: __13__
    Judge: __JNP__

---

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

__Suzette P. Aviles__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: U.S. Post Office and Courthouse
401 Market Street, 2nd Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Judge Jerrold N. Poslusny, Jr.__ on __5/5/2020__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __400 Cooper St., 4th Floor, Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Suzette Aviles vs. John C. Jennings Docket No. BUR L-494-19

Pertinent terms of settlement: Settlement of Motor Vehicle Accident Claims
Gross Settlement $25,000
Net Settlement to Debtor $15,680.65

Objections must be served on, and requests for additional information directed to:
Name:     Robert N. Braverman, Esq.
Address:     46 West Main Street, Maple Shade, NJ 08052
Telephone No.: 856-482-5544

*rev.8/1/15*

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 18-23914-JNP
Suzette P. Campbell-Aviles                                        Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2              Date Rcvd: Apr 07, 2020
                               Form ID: pdf905              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2020.
db             +Suzette P. Campbell-Aviles,    501 Jefferson St.,    Riverside, NJ 08075-3005
aty            +Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Mt. Laurel, NJ 08054-2242
sp             +Mitchell Lee Goldfield,    2 Eastwick Drive,    Suite 201,    Gibbsboro, NJ 08026-1225
517639849      +Deutsche Bank National Trust,    c/o Shapiro & Denardo, LLC,    14000 Commerce Pkwy,
                 Mount Laurel, NJ 08054-2242
517677293      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517655391       Deutsche Bank National Trust Company, as Trustee,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
517639852      +Westgate Vacation Villas,    7700 Westgate Blvd,    Kissimmee, FL 34747-1800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 23:18:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 23:18:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517639847      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 23:15:55      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517725151       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 23:15:55
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517639848      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 23:14:41      Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
517639850       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Apr 07 2020 23:17:32
                 Gateway One Lending & Finance,    160 N. Riverview Dr., Ste 100,    Anaheim, CA 92808
518578707       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 23:15:24      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518578708       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 23:28:11      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,   LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
517752393       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 23:16:01
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
517639851      +E-mail/Text: recovery@paypal.com Apr 07 2020 23:17:30      Paypal,    2211 North First Street,
                 San Jose, CA 95131-2021
517766046      +E-mail/Text: bncmail@w-legal.com Apr 07 2020 23:18:27      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517642915      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 23:14:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518544209      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 23:14:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Apr 07, 2020
                               Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et Al... rsolarz@kmllawgroup.com
        Robert Braverman    on behalf of Debtor Suzette P. Campbell-Aviles rbraverman@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;rbraverman@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6