| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J.LBR 9004-1** <br><br> **STEWART LEGAL GROUP, P.L**. <br> *Formed in the State of Florida* <br> Gavin N. Stewart, Esq. <br> *Of Counsel to Bonial & Associates, P.C.* <br> 401 East Jackson Street, Suite 2340 <br> Tampa, FL 33602 <br> Tel: 813-371-1231/Fax: 813-371-1232 <br> E-mail: gavin@stewartlegalgroup.com <br> *Attorney for Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4* |
| In re: <br><br> Suzette P. Campbell-Aviles <br> *aka* Suzette Campbell <br><br>                                                 Debtor. |

Order Filed on September 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 18-23914-JNP

Hearing Date: September 22, 2020

Judge Jerrold N. Poslusny Jr.

**CONSENT ORDER RESOLVING MOTION
TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 22, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:              Suzette P. Campbell-Aviles
Case No.:            18-23914-JNP
Caption of Order:    **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4 ("Creditor"), and whereas the post-petition arrearage was $18,610.27 as of September 17, 2020, and whereas the Debtor and Creditor seek to resolve the Motion, it is **ORDERED**:

1. The Chapter 13 Trustee shall pay the post-petition arrearage above, $18,610.27, to Creditor through the Chapter 13 Plan.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **501 Jefferson Street, Riverside, New Jersey 08075** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the October 11, 2020 payment and continuing thereon per the terms of the underlying loan; and

    b. Remain current on all post-petition payment obligations, as well as all payments to be paid through the Chapter 13 Plan.

3. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.

4. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

5.   If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

6.   Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Robert Braverman* | */s/Gavin N. Stewart* |
| Robert Braverman, Esq. | Gavin N. Stewart, Esq. |
| McDowell Law, PC | Stewart Legal Group, P.L. |
| 46 West Main Street | 401 East Jackson Street, Suite 2340 |
| Maple Shade, NJ 08052 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |