Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23914−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzette P. Campbell−Aviles
   aka Suzette Campbell
   501 Jefferson St.
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−3697

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 20, 2021.

Dated: January 20, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Suzette P. Campbell-Aviles  
    Debtor

Case No. 18-23914-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 20, 2021      Form ID: plncf13      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Suzette P. Campbell-Aviles, 501 Jefferson St., Riverside, NJ 08075-3005 |
| aty | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Mt. Laurel, NJ 08054-2242 |
| sp | + | Mitchell Lee Goldfield, 2 Eastwick Drive, Suite 201, Gibbsboro, NJ 08026-1225 |
| 517639849 | + | Deutsche Bank National Trust, c/o Shapiro & Denardo, LLC, 14000 Commerce Pkwy, Mount Laurel, NJ 08054-2242 |
| 517677293 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517655391 | | Deutsche Bank National Trust Company, as Trustee, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 519007802 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517639852 | + | Westgate Vacation Villas, 7700 Westgate Blvd, Kissimmee, FL 34747-1800 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517639847 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 22:55:30 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517725151 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 22:55:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517639848 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:54:54 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517639850 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 20 2021 22:59:00 | Gateway One Lending & Finance, 160 N. Riverview Dr., Ste 100, Anaheim, CA 92808 |
| 518578708 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 22:51:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578707 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 22:47:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517752393 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 22:51:35 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517639851 | + | Email/Text: recovery@paypal.com | Jan 20 2021 22:59:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517766046 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 23:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518544209 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:51:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

| 517642915 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:46:50 | 23541-1021<br>Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518974639 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... rsolarz@kmllawgroup.com |
| Robert Braverman | on behalf of Debtor Suzette P. Campbell-Aviles rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Debtor Suzette P. Campbell-Aviles tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8