Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23914−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzette P. Campbell−Aviles
   aka Suzette Campbell
   501 Jefferson St.
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−3697

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 17, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-23914-JNP

Suzette P. Campbell-Aviles    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Mar 17, 2023    Form ID: 148    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Suzette P. Campbell-Aviles, 501 Jefferson St., Riverside, NJ 08075-3005 |
| aty | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Mt. Laurel, NJ 08054-2242 |
| sp | + | Mitchell Lee Goldfield, 2 Eastwick Drive, Suite 201, Gibbsboro, NJ 08026-1225 |
| 517639849 | + | Deutsche Bank National Trust, c/o Shapiro & Denardo, LLC, 14000 Commerce Pkwy, Mount Laurel, NJ 08054-2242 |
| 517655391 | | Deutsche Bank National Trust Company, as Trustee, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 517639850 | + | Gateway One Lending & Finance, 160 N. Riverview Dr., Ste 100, Anaheim, CA 92808-2293 |
| 517639852 | + | Westgate Vacation Villas, 7700 Westgate Blvd, Kissimmee, FL 34747-1800 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517639847 | + | EDI: CAPITALONE.COM | Mar 18 2023 00:35:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517725151 | | EDI: CAPITALONE.COM | Mar 18 2023 00:35:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517639848 | + | EDI: RMSC.COM | Mar 18 2023 00:35:00 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517677293 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 17 2023 20:39:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518578708 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 20:42:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578707 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 20:42:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517752393 | | EDI: PRA.COM | Mar 18 2023 00:35:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517639851 | + | Email/Text: recovery@paypal.com | Mar 17 2023 20:38:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517766046 | + | Email/Text: bncmail@w-legal.com | Mar 17 2023 20:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 519007802 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 17 2023 20:39:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

| 518544209 | + EDI: RMSC.COM | Mar 18 2023 00:35:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517642915 | + EDI: RMSC.COM | Mar 18 2023 00:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518974639 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Robert Braverman
on behalf of Debtor Suzette P. Campbell-Aviles rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

Thomas G. Egner
on behalf of Debtor Suzette P. Campbell-Aviles tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7